**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

ANGELO RANDALL, JOSEPH PYTEL, CHRISTOPHER VILARDI, MICHAEL ROBERTS, BRUCE EASTMAN, and INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, LOCAL 23 HEALTH AND WELFARE FUND, Through its Trustees,
Plaintiffs,

v. C.A. No. 06-371

NARRAGANSETT PERFORMING ARTS DANCE CENTRE and CHERYL CUSICK IGLIOZZI,
Defendants.

**STIPULATION**

The parties are in agreement that Narragansett Performing Art Dance Centre and Cheryl Cusick Igliozzi shall have up to November 1, 2006 to file their answers in the above-entitled matter.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorney,

/s/ Elizabeth Wiens #6827
Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852
(401) 294-4700
(401) 294-4702

Dated: August 31, 2006

**Certification**

I hereby certify that a copy of the within was mailed, postage pre-paid, on the 1st day of September, 2006 to:

John Igliozzi, Esq.
19 Legion Memorial Drive
Providence, RI 02909