**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ANGELO RANDALL, JOSEPH PYTEL, CHRISTOPHER VILARDI, MICHAEL ROBERTS, BRUCE EASTMAN, and INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, LOCAL 23 HEALTH AND WELFARE FUND, Through its Trustees,<br>Plaintiffs, | : | |
| v. | : | C.A. No. 06-371 |
| NARRAGANSETT PERFORMING ARTS DANCE CENTRE and CHERYL CUSICK IGLIOZZI,<br>Defendants. | : | |

**PLAINTIFFS' RESPONSE TO SHOW CAUSE ORDER**

Plaintiffs hereby file this statement in response to this Court's show cause order in the above-captioned matter. In support thereof, Plaintiffs state as follows:

1. Plaintiffs and Defendants have agreed to resolve the case.

2. Plaintiffs have agreed to dismiss the case upon receipt of payment from Defendants. The final payment should be received from Defendant on or about February 15, 2007. At that point, Plaintiffs will move to dismiss the case.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorney,

/s/ Elizabeth Wiens #6827
Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852
(401) 294-4700
(401) 294-4702

Dated: February 2, 2007