**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ANGELO RANDALL, JOSEPH PYTEL, CHRISTOPHER VILARDI, MICHAEL ROBERTS, BRUCE EASTMAN, and INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, LOCAL 23 HEALTH AND WELFARE FUND, Through its Trustees, Plaintiffs, | : | |
| v. | : | C.A. No. 06-371 |
| NARRAGANSETT PERFORMING ARTS DANCE CENTRE and CHERYL CUSICK IGLIOZZI, Defendants. | : | |

**VOLUNTARY DISMISSAL**

NOW COME Plaintiffs pursuant to Fed. R. Civ. P. 41(a) and voluntarily dismiss the above-captioned matter with prejudice.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorney,

/s/ Elizabeth Wiens #6827
Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852
(401) 294-4700
(401) 294-4702

**Certification**

I hereby certify that a copy of the within was mailed, postage pre-paid, on the 3rd day of May, 2007 to:

John Igliozzi, Esq.
19 Legion Memorial Drive
Providence, RI 02909